UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-217 (CJN) |
| | : | |
| **RENEE FATTA** | : | |
| Defendant. | : | |

### JOINT MOTION TO SCHEDULE A VIRTUAL ARRAINGMENT AND PLEA HEARING

The United States of America and Defendant Renee Fatta, by and through her counsel, (collectively, "the parties"), have reached a plea agreement in which the Defendant has agreed to plead guilty to one count of violating 40 U.S.C. § 5104(e)(2)(G). Accordingly, the parties respectfully jointly request that the Court schedule a virtual hearing for the Defendant to be arraigned and to enter a plea.

The Court previously ordered all parties to contact the Court for an arraignment date. In the interim, a plea agreement has been reached and a statement of offense, in support of the plea, has signed by Ms. Fatta and her counsel.

Accordingly, the parties jointly respectfully request that the Court schedule an arraignment and plea hearing the week of July 24, 2023, or July 31, 2023. The parties also request the arraignment and plea be held virtually.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
*For Renee Fatta*                                D.C. Bar No. 481052

*/s/ Lisa Peebles*                                */s/ Rebekah Lederer*

| | |
|---|---|
| LISA PEEBLES | REBEKAH LEDERER |
| Federal Public Defender-NDNY | Assistant United States Attorney |
| 4 Clinton Square | Pennsylvania Bar No. 320922 |
| Syracuse, NY 13202 | 601 D St., NW |
| (315) 701-0080 | Washington, D.C. 20001 |
| Lisa_Peebles@fd.org | 202-252-7012 |
| | Rebekah.Lederer@usdoj.gov |