CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: CR 23-217 (CJN) |
| Renee Fatta | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Rebekah Lederer_
Assistant United States attorney

Approved:

_Carl J. Nichols_          Date: 7/26/2023

Carl J. Nichols

United States District Judge