# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RENEE FATTA, <br><br> *Defendant*. | Criminal Action No. 1:23-cr-0217 (CJN) |

## ORDER MODIFYING CONDITIONS OF RELEASE

Consistent with this Court's ruling at the plea hearing on July 26, 2023, it is hereby

**ORDERED** that Defendant Renee Fatta's Conditions of Release are modified as follows:

The home-visit requirement is **SUSPENDED** between now and sentencing. If Defendant Fatta moves to a new residence, she must notify pretrial services so that home visits may resume.

DATE: August 29, 2023

_____
CARL J. NICHOLS
United States District Judge

1